**Dated: November 13, 2020**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **In Re:  Tammy D Koonce** | **Chapter 13** |
| | **Case No. 19-27168** |
| **Debtor.** | |

**ORDER ON MOTION FOR *IN REM* RELIEF FROM**
**THE AUTOMATIC STAY AND ABANDONMENT**
**Re: 7959 Merrel Drive, Millington, TN 38053**

BSI Financial Services as servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust (hereinafter, "Movant") has moved for relief from the automatic stay in 11 U.S.C. § 362 with respect to the Affected Collateral, identified above,

IT IS THEREFORE ORDERED that a confirmable plan that provides fully for the mortgage is turned in within FOURTENN (14) days from November 5, 2020, or the

case will be deemed dismissed and the automatic stay in 11 U.S.C. § 362 terminated with respect to the Movant and its Affected Collateral.

IT IS FURTHER ORDERED that Movant is free to proceed with all remedies against said property, including initiating the foreclosure process, and, if appropriate, may file a general unsecured claim in this action. Movant is entitled to its reasonable attorneys' fees and costs for this motion.

IT IS FURTHER ORDERED that no automatic stay be imposed in future filings under Section 362(a) to prevent the Movant from foreclosing its secured interest in the property in the event Debtor, or subsequent owner, files a bankruptcy petition. Such relief shall be in rem and pursuant to Section 362(d)(4), and Debtor shall be barred from refiling bankruptcy for a period of not less than 180 days;

IT IS FURTHER ORDERED that the stay in FED R. BANKR. P. 4001(a)(3) does not apply.

###

APROVED FOR ENTRY:

*/s/Edward D. Russell*
Edward D. Russell, BPR #26126
The SR Law Group
PO Box 128
Mt. Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

*/s/Mark Cantora*
Mark Cantora
Law Offices of Gordon, Feldbaum & Cantora
22 N. Front St. #1055
Memphis, TN 38103
MNCantora@gmail.com
(901) 525-5744 (phone)
(901) 526-3711 (fax)

/s/ Sylvia F. Brown
Chapter 13 Trustee

2